# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-MJ-593-JFJ |
| BENJAMEN SCOTT BURLEW, | |
| Defendant. | |

## Motion for Detention Hearing

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 19th day of August, 2021.

Respectfully submitted,

CLINTON J. JOHNSON
ACTING UNITED STATES ATTORNEY

*/s/ Joel-lyn A. McCormick*
Joel-lyn A. McCormick, OBA No. 18240
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700