# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

    Plaintiff(s),

vs.

Benjamen Scott Burlew

    Defendant(s).

Case No.: 21-MJ-593-JFJ

Criminal Information Sheet

Date: 8/19/21     Interpreter: Yes ☐   No ☒

Magistrate Judge Jayne    Deputy Stephanie Cope    USPO G. Thomas
Date of Arrest: 8/19/21    Arrested By: USMS    ☒ Detention Requested by AUSA
Bail Recommendation: Choose an item.    ☐ Unsecured

**Additional Conditions of Release:**

- ☐ a. ☐ b. _____
- ☐ c. ☐ d.
- ☐ e. _____
- ☐ f. ☐ g. ☐ h. ☐ i. ☐ j.
- ☐ k. (☐ i, ☐ ii, ☐ iii)
- ☐ l ☐ m ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s
- ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w (☐ 1, ☐ 2)    ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   Yes   X No

Defendant's Attorney: **Ryan Ray**    ☐ FPD;   ☐ Ct. Appt;   ☑ Ret Counsel
AUSA: Joel-lyn McCormick

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☑ Defendant appears ~~in person~~ **by video** for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☑ Rule 5 with: ☑ Ret Counsel; ☐ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed; ☐ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

   ☐ Verified in open court

   ☐ Corrected by interlineation to _____
   to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☑ of Rule 5 Hearings

☐ Bond set for _____ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☐ Defendant remanded to custody of U.S. Marshal: ☐ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # **1**: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # **2**: ☑ Granted; ☐ Denied; ☐ Moot

Additional Minutes: **Detention Hearing held.**