# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                    Plaintiff,

vs.

Benjamen Scott Burlew,

                    Defendant(s).

Case No.: 21-mj-00593-JFJ

Charging District's
Case No.: 1:21-mj-501

**WAIVER OF RULE 5 & 5.1 HEARINGS
(COMPLAINT OR INDICTMENT)**

I understand that I have been charged in another district, the *(name of other court)* USDC District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/20/2021

*Oral Consent*
Defendant's signature

*Oral Consent*
Attorney for Defendant

Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)      (AO-466A Modified 6/2020)