# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Benjamen Scott Burlew, Defendant(s). | Case No.: 21-mj-00593-JFJ<br>Date: 8/20/2021<br>Court Time: 3:00 p.m. – 3:54<br>4:43 p.m. - 4:59 p.m.<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Jodi F. Jayne, U.S. Magistrate Judge     S. Cope, Deputy Clerk     Magistrate Courtroom 1

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: Joel-lyn Alicia McCormick
Counsel for Defendant: Ryan Ray     Ret.
Case called for: ☒ Detention Hearing, ☐ Preliminary Hearing;
☒ Defendant appears in custody with counsel; by video
Defendant waives: ☐ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☒ Proffer(s) made;
☒ Witness(es) sworn and testimony given;
☒ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 1): ☐ granted, ☒ denied, ☐ moot;
☒ Court finds there are conditions which defendant can be released; Defendant ordered released;
☒ Bond set at $5,000.00    Bond and Conditions of Release executed;
☐ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:

| Government's Witnesses: | Defendant's Witnesses: |
|---|---|
| | Brandy Bowen 3:10 p.m. – 3:35p.m. |

| Government's Exhibits: | Defendant's Exhibits: |
|---|---|
| | |